1
2
3
4
5
6
     UNITED STATES DISTRICT COURT
7
     NORTHERN DISTRICT OF CALIFORNIA
8
9
10   Rosemary Medeiros,                    Case No.: 12-cv-00069 TEH
11          Plaintiff,                     [~~PROPOSED~~] ORDER
12       vs.
13   Rash Curtis & Associates; and DOES 1-
14   10, inclusive,
15          Defendants.
16
17
     Based on the Stipulation of counsel, the mediation deadline is hereby extended
18
     by ninety (90) days to October 16, 2012.
19
20   Date: 06/25/2012
21
                                       _____
22                                     Judge Thelton E. Henderson
23
24
25
26
27
28

12-cv-00069 TEH                          STIPULATION EXTENDING MEDIATION DEADLINE