1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosemary Medeiros, | Case No.: 12-cv-00069 TEH |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| Rash Curtis & Associates; and DOES 1-10, inclusive, | |
| Defendants. | |

    Based on the Stipulation of counsel, the mediation deadline is hereby extended by ninety (90) days to October 16, 2012.

Date:_____06/25/2012_____

_____
Judge Thelton E. Henderson

Judge Thelton E. Henderson

　　　　　　STIPULATION EXTENDING MEDIATION DEADLINE