1
2
3
4
5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Rosemary Medeiros, | Case No.: 12-cv-00069 (TEH) |
| --- | --- |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| vs. | |
| Rash Curtis & Associates; and DOES 1-10, inclusive, | |
| Defendants. | |

    Based on the Stipulation of counsel, the mediation deadline is hereby extended by sixty (60) days to December 17, 2012.

Date: 09/12/2012 _____

Judge: Thelton E. Henderson

---

12-cv-00069 (TEH)  STIPULATION EXTENDING MEDIATION DEADLINE